450 A.2d 194

Commonwealth v. Crumady, Jr., Appellant

Submitted January 5, 1982.

592

Anne L. Wall, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The judgment of sentence is hereby affirmed.